John Leonardi and Another, Appellants, v. The Chase National Bank of the City of New York, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel and Close JJ.; Johnston, J., not voting.

The People of the State of New York, Respondent, v. Joseph Richards, Alias "Joseph Richetsky," Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Johnston and Close, JJ.; Adel, J., not voting. In so far as the appellant asks for an order granting leave to appeal to the Court of Appeals, the notice will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Close.

The People of the State of New York ex rel. Harry Shafer, Appellant, v. Robert J. Kirby, as Warden of Sing Sing Prison, Ossining, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

Edna Unger, Individually and as Executrix, etc., of Albert Unger, Deceased, Respondent, v. The Texas Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

Aghaby Abdy, Respondent, v. M. J. O'Hara Contracting Co., Inc., and Michael J. O'Hara, Inc., Appellants, and Raphael Iovino, Respondent, and Others, Defendants.— Action by plaintiff to recover damages for personal injuries sustained as the result of a fall on an excavated portion of a sidewalk. Defendant Raphael Iovino sought recovery over as against the corporate defendants on the grounds that they were the primary wrongdoers in failing to barricade the location after he had completed his work and that they had breached a contract obligating them to procure liability insurance for him. The appeal is by the two corporate defendants from a judgment in favor of plaintiff and against them and the codefendant Iovino, and in favor of the codefendant Iovino and against them, which judgment was entered on the 13th day of March, 1941; and from an order amending the judgment theretofore entered. Judgment and order unanimously affirmed, with costs to plaintiff and to defendant Iovino. No opinion. That part of the appeal which purports to be from a judgment as amended by the order is dismissed, without costs. There is no such judgment contained in the record. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.